FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0032

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 22-0032

| | |
|---|---|
| IN RE THE PARENTING OF: H.N., | |
| Minor Child, | **ORDER DISMISSING APPEAL** |
| JESSICA INGERSOLL, | |
| Petitioner / Appellant, | |
| and | |
| JESSE NESS, | |
| Respondent / Appellee. | |

Pursuant to the parties' stipulation and Rule 16(5) of the Montana Rules of Appellant procedure, this appeal is dismissed.

For the Court,

By: _____

Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 3 2022